1 | Peter C. Smoot [State Bar No. 48705]
2 | Melodie K. Larsen [State Bar No. 110819]
  | RINTALA, SMOOT, JAENICKE & REES LLP
  | 10351 Santa Monica Boulevard, Suite 400
3 | Los Angeles, California 90025-6937
  | Telephone: (310) 203-0935
4 | Facsimile: (310) 556-8921

5 | Attorneys for Plaintiffs





Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; CAREERS-BMG MUSIC PUBLISHING, INC.; GRAHAM RUSSELL, an individual d/b/a NOTTSONGS; FANTASY, INC. d/b/a JONDORA MUSIC; THREE WISE BOYS MUSIC, LLC; SONY/ATV SONGS LLC; ARC MUSIC CORP.; EMI BLACKWOOD MUSIC, INC.; RICHARD PATRICK, an individual d/b/a BUDDY DOIWER PUBLISHING; GEROGE GUY d/b/a MIC HAU MUSIC COMPANY; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BRADLEY KIRK ARNOLD, ROBERT TODD HARRELL, MATTHEW DARRICK ROBERTS and CHRISTOPHER LEE HENDERSON, a partnership d/b/a ESCATAWPA SONGS; WALTER J. HERBERT JR., GREGG ROLIE, ROSS VALORY, NEAL SCHON, STEVEN SMITH and JOHN L. FRIGA, a partnership d/b/a WEED HIGH NIGHTMARE MUSIC; STEPHEN R. PERRY d/b/a LACEY BOULEVARD MUSIC, | CASE NO. CV 07-2546 SVW (AJWx)  [PROPOSED] JUDGMENT  Dated: August 13, 2007 Courtroom of the Honorable Stephen V. Wilson |
| Plaintiffs, | |
| v. | |

I:\0100\304\05 Prop Judg.wpd

1

|   |   |
|---|---|
| 1 | BUENA VISTA VENTURES, LLC ) |
|   | d/b/a RAXX BARBECUE & ) |
| 2 | BREWING COMPANY and DAWN E. ) |
|   | MILLER, individually, ) |
| 3 |   ) |
|   |         Defendants. ) |
| 4 |   ) |
| 5 | _____ ) |

6   This matter is before the Court on plaintiffs' Motion for Entry of Judgment
7 After Default Against Defendants Buena Vista Ventures, LLC d/b/a/ Raxx Barbecue
8 & Brewing Company and Dawn A. Miller, individually (collectively "defendants").
9 Having reviewed the plaintiffs' motion and supporting memorandum, and pursuant to
10 Federal Rule of Civil Procedure 55(b), IT IS HEREBY ORDERED THAT:

11   Defendants, their agents, servants, employees, and all persons acting under
12 their permission and authority are permanently enjoined and restrained from
13 infringing, in any manner, the copyrighted musical compositions licensed by
14 Broadcast Music, Inc., pursuant to 17 U.S.C. section 502;

15   IT IS FURTHER ORDERED that plaintiffs have and recover from defendants, [SVW]
16 jointly and severally, statutory damages in the amount of $~~32,500.00~~ $13,000.00 (Thirteen Thousand), costs in the
17 amount of $409.70, and attorneys' fees in the amount of $2,608.90, for a total
18 judgment of $~~35,518.60~~ $16,018.60

20 DATED: 7/24/08

                                            _____
                                            Stephen V. Wilson
                                            U.S. District Court Judge

**PROOF OF SERVICE**
Broadcast Music, Inc., et al. v. Buena Vista Ventures, LLC, et al.
CV07-2546 SVW (x)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 10351 Santa Monica Boulevard, Suite 400, Los Angeles, California 90025. On July 19, 2007, I caused the foregoing document(s) described as **[PROPOSED] JUDGMENT** to be served on the interested parties in this action as follows:

☒  by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Ms. Dawn Miller
3397 Mission Inn Avenue
Riverside, California 92501

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐  **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard _____ delivery procedures.

☐  **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

☐  [State]     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2007, at Los Angeles, California.

_____ [signature]

05 Prop Judg.wpd